1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ALBERTO LOPEZ-QUINTERO
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )  NO.  CR.S-11-271-GEB
                                       )
11                 Plaintiff,          )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER; CONTINUING STATUS**
12         v.                          )  **CONFERENCE AND EXCLUDING**
                                       )  **TIME**
13  ALBERTO LOPEZ-QUINTERO             )
                                       )  Date: December 16, 2011
14                 Defendant.          )  Time: 9:00 a.m.
    _____)  Judge: Hon. Garland E. Burrell, Jr.
15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

    respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for
17
    Plaintiff, and COURTNEY FEIN, attorney for ALBERTO LOPEZ-QUINTERO that the
18
    status conference hearing date of November 18, 2011 be rescheduled for a status conference
19
    on December 16, 2011 at 9:00 a.m.
20
           The reason for this continuance is to allow defense counsel additional time to review
21
    the discovery, consult with her client, examine possible defenses, and continue investigating
22
    the facts of the case.
23
           Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
24
    should be excluded from the date of signing of this order through and including December
25
    16, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and
26
    ///
27
    ///
28

1  Local Code T4 based upon continuity of counsel and defense preparation.

2  DATED:  November 9, 2011.                    Respectfully submitted,

3                                               DANIEL J. BRODERICK
                                                Federal Public Defender
4
                                                /s/ Courtney Fein
5                                               COURTNEY FEIN
                                                Assistant Federal Defender
6                                               Designated Counsel for Service
                                                Attorney for ALBERTO LOPEZ-QUINTERO
7

8  DATED:  November 9, 2011.                    BENJAMIN WAGNER
                                                United States Attorney
9
                                                /s/ Courtney Fein for
10                                              MICHELE BECKWITH
                                                Assistant U.S. Attorney
11                                              Attorney for Plaintiff

12
        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
13
   November 18, 2011,  status conference hearing be continued to December 16, 2011, at 9:00
14
   a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the
15
   Court hereby finds that the failure to grant a continuance in this case would deny defense
16
   counsel reasonable time necessary for effective preparation, taking into account the exercise
17
   of due diligence.   The Court finds that the ends of justice to be served by granting a
18
   continuance outweigh the best interests of the public and the defendant in a speedy trial.  It
19
   is ordered that time up to and including the December 16, 2011 status conference shall be
20
   excluded from computation of time within which the trial of this matter must be commenced
21
   under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
22
   T-4, to allow defense counsel reasonable time to prepare.
23
   Dated:   November 9, 2011
24

25  _____
    GARLAND E. BURRELL, JR.
26  United States District Judge

27

28                                         2